IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTELLIBRIDGE, LLC, and REVACOMM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 24-1204 C <br> Judge Hertling |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

    Please enter the appearance of      Ashley Akers      , as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Ashley Akers<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C. 20044

                                                     s/ Ashley Akers<br>
                                                ASHLEY AKERS<br>
                                                Senior Trial Counsel<br>
                                                Commercial Litigation Branch<br>
                                                Civil Division<br>
                                                Telephone: (202) 353-0521<br>
                                                Email: Ashley.Akers@usdoj.gov

Dated: November 18, 2024